In the Matter of DOMINICK BERLINGIERI, Appellant, against JOHN F. O'CONNELL et al., Constituting the Members of the New York State Liquor Authority, Respondents.

Argued April 20, 1953; decided May 28, 1953.

*Julian Jawitz, Daniel J. Riesner* and *Richard I. Donner* for appellant.

*Alvin McKinley Sylvester, Robert W. Corcoran* and *Emanuel D. Black* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.